IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | Bankruptcy Case |
| Craig A. Purington | ) | No.: 13-81895 |
| Paula Kay Purington        Debtors | ) | |
| | ) | |
| Craig A. Purington | ) | |
| Paula Kay Purington | ) | Adversary Proceeding |
| Plaintiffs | ) | No.: 14-96005 |
| vs. | ) | |
| Rock Valley Federal Credit Union | ) | |
| Defendant. | ) | |

## AFFIDAVIT

On oath, Craig A. Purington states as follows:

1. I am the Plaintiff in these adversary proceedings;

2. On May 7, 2013 a Residential Appraisal Report was completed by Mary Shreve, valuing the property located at 803 Otto Road, Machesney Park, Illinois at $89,000.00.

3. Based upon the foregoing and upon my knowledge of the value of properties comparable to 803 Otto Road, Machesney Park, Illinois it is my belief that said property has a market value of $89,000.00.

_____
Craig A. Purington

Subscribed and sworn to before me this

3rd day of March, 2014

_____
NOTARY PUBLIC

Gary C. Flanders
One Court Place
Suite 201
Rockford, IL 61101
815-962-7084

OFFICIAL SEAL
LISA B SULLIVAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/10/17